MEMO ENDORSED

## Law Offices of
## Daniel A. Hochheiser
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

November 15, 2022

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *U.S. v. Justice Jackson*, 22 CR 47 (KMK)
      **Application for permission by CJA counsel to file interim vouchers**

Your Honor,

Pursuant to the Criminal Justice Act, I am assigned counsel to Justice Jackson in the referenced matter. I have served as Jackson's counsel since December 22, 2021.

I request endorsement of this letter motion to permit me to file interim vouchers on the eVoucher system.

Granted.

So Ordered.

11/15/22

Respectfully submitted,

Daniel A. Hochheiser